UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____X

| | | |
|---|---|---|
| Mary J. Mauro on behalf of herself, and on behalf of her incapacitated husband Mario F. Mauro | **Plaintiff** | **Docket No. 21 cv 1165** |
| -against- | | |
| Andrew Cuomo in his official capacity; Howard Zucker in his official capacity; The Long Island State Veterans Home; and Fred Sganga in both his personal and official capacity | **Defendant** | **Order to Show Cause** |

_____X

    Upon the accompanying Plaintiffs' Memorandum of Law in Support of its Application for a Temporary Restraining Order and Preliminary Injunction dated March 4, 2021; the Affidavit of Plaintiff Mary J. Mauro, sworn to on the 4th Day of March 2021, together with the exhibit(s) annexed thereto; the Declaration of Joseph Mauro, sworn to on the 4th day of March 2021, together with the exhibit(s) annexed thereto; and upon all the pleadings and other papers filed in this action; and the Court, having reviewed the Memorandum of Law, supporting Declarations and exhibits submitted therewith, and having found sufficient reason being alleged and good cause appearing therefore, it is hereby:

    **ORDERED** that Defendants, through their attorneys, show cause before this Court, at 100 Federal Plaza, Central Islip, NY 11722 Central Islip, New York on the_____ day of March, 2021, at_____ __ o'clock in _____, or as soon thereafter as counsel may be heard, why an order should not be issued, pursuant to Rule 65 of the Federal Rules of Civil Procedure, preliminarily enjoining Defendants, their representatives and agents, and all persons acting in concert or in participation with them, or having notice, from prohibiting or preventing the Plaintiff Mary J. Mauro from visiting with her husband at the Long Island State Veterans Home until such time as the Court resolves Plaintiffs' application for relief in this case; and it is further

    **ORDERED** that, pending the Court's resolution of Plaintiffs motion for a preliminary injunction, Defendants, their representatives and agents, and all persons acting in concert or in participation with the Defendants, or having notice, shall be temporarily restrained and enjoined from prohibiting or preventing the Plaintiff Mary J. Mauro from visiting with her husband, Mario F. Mauro at the Long Island State Veterans Home; and it is further

    **ORDERED** that sufficient cause having been shown, service of this Order and all of the

papers submitted in support thereof shall be made on Defendant's counsel and deemed effective if it is completed by electronic mail, or by facsimile, on or before the _____ of March, 2021; and it is further

**ORDERED** that Defendant's answering papers on the motion for a preliminary injunction, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiff via ECF, by no later than _____, and that any reply by Plaintiff to be filed and served by ECF by _____.

IT IS SO ORDERED

Dated: _____